## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| T-Rex Property AB, | Civil No. 16-581 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ANC Sports Enterprises, L.L.C., | |
| Defendant. | |

Based upon the Stipulation for Dismissal With Prejudice filed by the parties at Doc. No. [11],

**IT IS ORDERED** that all claims and causes of action asserted by Plaintiff T-Rex Property AB against Defendant ANC Sports Enterprises, L.L.C. are **DISMISSED WITH PREJUDICE**. All costs, expenses and fees, including attorneys' fees, are to be borne by the party that incurred them.

Dated:  June 1, 2016                     s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge